UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BRAD W. KING,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK, N.A., a subsidiary of<br>U.S. BANCORP, a Delaware corporation,<br>and<br>DOES 1 through 20, inclusive,<br><br>    Defendants. | **CASE NO:** 8:16-cv-00465-DOC-KESx<br><br>**ORDER RE<br>STIPULATION OF DISMISSAL OF<br>ACTION WITH PREJUDICE** |

Pursuant to the parties' "Stipulation of Dismissal of Action with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that this action, including all causes of action, be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  May 19, 2017

_David O. Carter_
_____
The Honorable David O. Carter
Judge of the United States District Court,
Central District of California

Order re Stipulation of Dismissal of Action with Prejudice